NOTE: CHANGES MADE BY COURT

# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| REGENCY LAGUNA L.P., a Delaware limited partnership, d/b/a LAGUNA CLIFFS MARRIOTT RESORT AND SPA,<br><br>           Plaintiff,<br><br>     v.<br><br>BUSINESS INSURANCE HOLDINGS, INC., a Florida corporation; and DOES 1-10, inclusive,<br><br>           Defendant. | Case No. 8:24-cv-00727-FWS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION ORDER [13]**<br><br>Judge:      Hon. Fred W. Slaughter<br>Trial Date: Not Set |

///

///

///

1

**ORDER**

Having reviewed and considered the Joint Stipulation to Remand Removed Action, (Dkt. 13) ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **REMANDED** to Superior Court of the State of California in and for the County of Orange, as Case Number 30-2024-01381762-CU-BC-NJC.

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the above-captioned case pursuant to the Stipulation and this Order, without any waiver of right to such fees and costs under the prevailing party provision in the contract that is the subject of the case.

3. The Order to Show Cause issued on May 28, 2024, is hereby discharged.

**IT IS SO ORDERED**.

Dated: May 29, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE